

# NIXON PEABODY LLP
### ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-6040
Direct Dial: (617) 345-1179
E-Mail: dhaft@nixonpeabody.com

January 6, 2012

**HAND DELIVERY**
Civil Clerk's Office
Suffolk Superior Court
Three Pemberton Square, 12th Floor
Boston, MA 02108

    RE:    <u>Sola v. CleanNet USA, Inc. and Paul Oliveira</u>
             Civil Action No. 11-1267 – BLS

Dear Sir/Madam:

Enclosed for filing please find the following document in connection with the above-referenced matter:

- *Defendants CleanNet USA, Inc. and Paul Oliveira's Rule 9E Notice of Motion to Dismiss.*

Kindly return a date-stamped copy of the enclosed cover letter via the enclosed prepaid envelope. Thank you for your assistance in this matter.

Very truly yours,

Devon A. Haft

DAH/eaf
Enclosures

ccs:   Arthur L. Pressman, Esq. (w/enclosure)
       Benjamin W. Hahn, Esq. (w/enclosure)
       Hillary Schwab, Esq. (w/enclosure)

13744033.1

WWW.NIXONPEABODY.COM

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                        Superior Court Trial Department
                                                    Civil Action No: 2011-1267-BLS

---

SIFREDO SOLA, and all others )
similarly situated            )
                              )
                              )
                Plaintiffs,   )
                              )
        v.                    )
                              )
CLEANNET USA, INC. and        )
PAUL OLIVEIRA,                )
                              )
                Defendants.   )
                              )

---

## DEFENDANTS' RULE 9E NOTICE OF MOTION TO DISMISS

Pursuant to Superior Court Rule 9E, defendants CleanNet USA, Inc. ("CleanNet USA") and Paul Oliveira ("Oliveira") give notice that on January 6, 2012, they served counsel for plaintiff Sifredo Sola ("Sola") with defendants' Motion to Dismiss in Favor of Mandatory Arbitration and corresponding Memorandum of Law in accordance with Superior Court Rule 9A. CleanNet USA and Oliveira seek to dismiss with prejudice all claims brought in Sola's Amended Complaint and to compel Sola to honor his contractual commitment to arbitrate his dispute on an individual basis.

Respectfully submitted,

DEFENDANTS,

CLEANNET USA, INC., and
PAUL OLIVEIRA

By their attorneys,

_____
Arthur L. Pressman (BBO #643094)
Devon A. Haft (BBO #679037)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
apressman@nixonpeabody.com
dhaft@nixonpeabody.com
(617) 345-1000

Dated: January 6, 2012

Certificate of Service

I hereby certify that this Rule 9E Notice was served on counsel for the plaintiff by hand delivery on January 6, 2012. The Notice was delivered to: Hillary Schwab, Esq., Lichten & Liss-Riordan, P.C., 100 Cambridge Street, 20th Floor, Boston, MA 02114.

Devon A. Haft, Esq.