# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

100 CAMBRIDGE STREET, 20TH FLOOR
BOSTON, MASSACHUSETTS 02114

HAROLD L. LICHTEN[†]
SHANNON LISS-RIORDAN[◊]
BRANT A. CASAVANT
SARA SMOLIK

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

TIMOTHY M. DAVIS[Δ]
ELIZABETH TULLY
BENJAMIN WEBER[□]
ADAM WILSON[±]

[†]ALSO ADMITTED IN MAINE
[◊]ALSO ADMITTED IN NEW YORK

[Δ] ONLY ADMITTED IN NEW YORK AND TENNESSEE
[□]ALSO ADMITTED IN TENNESSEE
[±] NOT YET ADMITTED

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
Sola et al v. CleanNet USA, Inc., U.S. Dist. Ct. (D.Mass.) C.A. No. 12-10580

October 15, 2013

Dear CleanNet franchisee or former franchisee:

This notice is to inform you of a proposed class action settlement in the case of Sola et al v. CleanNet USA, Inc., U.S. Dist. Ct. (D.Mass.) C.A. No. 12-10580, pending in federal court in Massachusetts. The proposed settlement affects all individuals who bought franchises in Massachusetts from CleanNet of New England (also known as LP&D, Inc.) in effect between July 2005 and December 2012. The settlement is conditioned, among other things, upon court approval.

This case, as well as a related arbitration case, DaSilva et al. v. CleanNet USA, Inc. et al, AAA Case No. 11 1114 001777 08, were brought by CleanNet of New England franchisees who alleged that they were misclassified as independent contractors under Mass. Gen. L. c. 149 § 148B, and therefore were required to pay franchise fees and other costs that employees cannot to be required to pay. The franchisees in these cases also alleged that they had been subject to unfair and deceptive practices in violation of Mass. Gen. L. c. 93A and related common law claims.

Following nearly five years of litigation and arbitration, as well as Plaintiffs' counsel's litigation of related cases that have resulted in a number of court rulings addressing these claims (including rulings by the Massachusetts Supreme Judicial Court in the cases of Awuah et al v. Coverall North America, Inc., 460 Mass. 484 (2011), and Depianti et al. v. Jan-Pro Franchising International, Inc., 465 Mass. 607 (2013)), the parties have reached an agreement to settle this case for a total of $7,500,000. One-third of the total settlement will be used to pay attorneys' fees and costs incurred by the Plaintiffs' attorneys for bringing and prosecuting these claims. In addition, four lead plaintiffs who initiated the arbitration and lawsuit will receive $25,000 each. The remainder of the settlement fund will be distributed to individuals who bought CleanNet franchises in Massachusetts that were in effect between July 2005 and December 2012. The settlement funds will be divided in proportion to the fees paid by franchisees during this time period which the plaintiffs challenged and which recent court rulings have indicated may be recoverable for these claims. The fees consist of franchise fees paid in cash including by check, payments on notes used to pay franchise fees, and insurance payments. The calculation of the fees paid by franchisees during this time period will be based on best estimates available from records that can be obtained from CleanNet USA, Inc. and CleanNet of New England. The settlement will be paid out to class members in three installments – in December 2013, December 2014, and December 2015.

In order to participate in and receive your payments from the settlement, you must fill out the enclosed claim form and return it to Plaintiffs' counsel at the following address, by mail, fax, or e-mail:

# LICHTEN & LISS-RIORDAN, P.C.

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
Elizabeth Lopez, Paralegal

Tel: (617) 994-5800
Fax: (617) 994-5801
www.llrlaw.com

elopez@llrlaw.com

<u>If you return your claim form by November 15, 2013, you will receive your first payment under the settlement in December 2013, assuming timely court approval of the settlement **and satisfaction of other closing conditions.**</u> If you move before December 2015, please contact us with your updated address so that you will receive your remaining settlement payments.

There will be a court hearing on November 26, 2013, at 11:00 a.m., at the federal courthouse in Boston, located at One Courthouse Way, Boston, MA 02210, Courtroom 22. At this hearing, the federal district court judge presiding over this case, the Honorable Joseph L. Tauro, will consider whether or not to approve this settlement. You are free to attend the final approval hearing, but you are not required to attend. Under federal law, if the settlement is approved by the Court, you will be bound by the settlement and will not be permitted to pursue separate claims that were pursued in the lawsuit unless you choose to opt out of the settlement. In order to opt out of the settlement, you should write a statement to Plaintiffs' counsel at the address above and state that you choose to opt out of the settlement. Include your name and address on the statement.

You are also free to object to the settlement. If you object to the proposed settlement, you must send a written notice to Plaintiffs' counsel at the address above and explain why you object to the settlement. Include your name and address on the statement. If you make an objection to the settlement, the presiding judge may not consider the objection unless you attend the final approval hearing in person, or state a reason why you cannot attend.

Last year, CleanNet of New England filed for bankruptcy. As part of this settlement, the plaintiffs in this case have agreed to transfer to CleanNet USA, Inc. their claims against CleanNet of New England, its principal Paul Oliveira and others. The attached claim form therefore contains a transfer of claims that you must sign in order to receive your payments under this settlement. In addition, the payments you will receive under this settlement will be taxable. You must therefore also complete the enclosed W-4 tax form, and you will receive 1099 tax forms for your settlement payments. Moreover, you should attach to the claim form a copy of your franchise agreement with CleanNet of New England or certify that you have looked for it and cannot find it.

This notice only summarizes the lawsuit, the settlement, and related matters. This notice has been approved by the federal court. For more information about the settlement, or if you have any questions regarding the case or the settlement, you may contact Plaintiffs' counsel at the address and phone number above.

Sincerely,

*[signature]*

Shannon Liss-Riordan

A/75751568.3

# LICHTEN & LISS-RIORDAN P.C.
ATTORNEYS AT LAW

100 CAMBRIDGE STREET, 20TH FLOOR
BOSTON, MASSACHUSETTS 02114

HAROLD L. LICHTEN[†]
SHANNON LISS-RIORDAN[◊]
BRANT A. CASAVANT
SARA SMOLIK

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

TIMOTHY M. DAVIS[▲]
ELIZABETH TULLY
BENJAMIN WEBER[□]
ADAM WILSON[±]

[†] ALSO ADMITTED IN MAINE
[◊] ALSO ADMITTED IN NEW YORK

[▲] ONLY ADMITTED IN NEW YORK AND TENNESSEE
[□] ALSO ADMITTED IN TENNESSEE
[±] NOT YET ADMITTED

**AVISO DE ACUERDO PROPUESTO DE DEMANDA COLECTIVA**
Sola et al v. CleanNet USA, Inc., U.S. Dist. Ct. (D.Mass.) C.A. No. 12-10580

15 de Octubre del 2013

Estimado franquiciado o exfranquiciado de CleanNet:

Este aviso es para informarle de un acuerdo propuesto para la demanda colectiva en el caso de Sola et al v. CleanNet USA, Inc., U.S. Dist. Ct. (D.Mass.) C.A. No. 12-10580, pendiente en un tribunal federal en Massachusetts. El acuerdo propuesto afecta a todas las personas que compraron franquicias de CleanNet New England (también conocido como LP + D, Inc.) en Massachusetts entre julio de 2005 y diciembre de 2012. El acuerdo está condicionado, entre otras cosas, a la aprobación del tribunal.

Este caso, así como un caso de arbitraje relacionados, DaSilva et al. v. CleanNet USA, Inc. et al, AAA Case No. 11 1114 001777 08, fueron traídos por franquiciados de CleanNet New England que denunciaron haber sido mal clasificados como contratistas independientes bajo Mass. Gen. L. c. 149 § 148B, y por lo tanto fueron obligados a pagar cuotas de franquicia y otros gastos que los empleados no pueden ser obligados a pagar. Los franquiciados en estos casos también denunciaron haber sido sometidos a prácticas desleales y engañosas en violación de la Mass. Gen. L. c. 93A y reclamos de ley común relacionados.

Después de casi cinco años de litigio y arbitraje, así como los litigios de los abogados de los Demandantes de casos relacionados que han dado lugar a una serie de fallos judiciales frente a estas demandas (incluyendo fallos de la Corte Suprema de Massachusetts en los casos de Awuah et al v. Coverall North America, Inc., 460 Mass. 484 (2011), y Depianti et al. v. Jan-Pro Franchising International, Inc., 465 Mass. 607 (2013)), las partes han llegado a un acuerdo de resolver este caso por un total de $7,500,000. Un tercio de la resolución total se utilizará para pagar los honorarios y costos incurridos por los abogados de los Demandantes para traer y procesar estas reclamaciones. Además, los cuatro principales demandantes que iniciaron el arbitraje y el juicio recibirán $25,000 cada uno. El resto del fondo de liquidación será distribuido a las personas que compraron franquicias de CleanNet en Massachusetts que estaban en efecto entre julio de 2005 y diciembre de 2012. Los fondos del acuerdo se repartirán en proporción a las cuotas pagadas por los franquiciados durante este periodo de tiempo, que los demandantes impugnaron y que recientes decisiones judiciales han indicado pueden ser recuperadas por estos reclamos. Las cuotas consisten de cuotas de franquicia pagadas en efectivo incluyendo por cheque, pagos a prestamos tomados para pagar las cuotas de franquicia, y pagos de los seguros. El cálculo de las cuotas pagadas por los franquiciados durante este periodo de tiempo se basa en las mejores estimaciones disponibles de los registros que se pueden obtener de CleanNet USA, Inc. y CleanNet of New England. La liquidación se pagará a los miembros de la clase en tres plazos - en diciembre de 2013, diciembre de 2014 y diciembre de 2015.

Con el fin de participar y recibir los pagos de la liquidación, se debe llenar el formulario de solicitud y entregarlo al abogado de los demandantes en la siguiente dirección, por correo, fax o e-mail:

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
Elizabeth Lopez, Paralegal

Tel: (617) 994-5800
Fax: (617) 994-5801
www.llrlaw.com

elopez@llrlaw.com

Si devuelve su formulario de reclamación antes del 15 de noviembre de 2013, usted recibirá su primer pago bajo el acuerdo en diciembre de 2013, suponiendo la aprobación judicial de la liquidación y la satisfacción de otras condiciones de cierre. Si usted se muda antes de diciembre de 2015, por favor póngase en contacto con nosotros con su dirección actualizada para que usted reciba sus pagos restantes.

Habrá una audiencia judicial el 26 de noviembre de 2013, a las 11:00 am, en la corte federal de Boston, ubicada en One Courthouse Way, Boston, MA 02210, Sala 22. En esta audiencia, el juez de la corte de distrito federal que preside sobre este caso, el Honorable Joseph L. Tauro, decidirá si aprueba o no el acuerdo. Usted es libre de asistir a la audiencia de aprobación final, pero no está obligado a asistir. Bajo la ley federal, si el acuerdo es aprobado por el Tribunal, usted estará obligado por el acuerdo y no se le permitirá presentar demandas separadas por reclamos que fueron perseguidos en la demanda a menos que decida optar fuera de este acuerdo. Para optar fuera del acuerdo, se debe escribir una declaración a los abogados de los Demandantes en la dirección anterior y declarar que decide optar fuera de la liquidación. Incluya su nombre y dirección en la declaración.

Usted también tiene la libertad de objetar al acuerdo. Si usted se opone a la acuerdo propuesto, debe enviar una notificación por escrito a los abogados de los Demandantes en la dirección anterior y explicar por qué usted se opone al acuerdo. Incluya su nombre y dirección en la declaración. Si presenta una objeción al acuerdo, el juez que preside sobre el caso puede no considerar la objeción a menos que usted asista a la audiencia de aprobación final en persona, o de una razón por la que no pueda asistir.

El año pasado CleanNet of New England se declaró en bancarrota. Como parte de este acuerdo, los demandantes en este caso se han puesto de acuerdo en transferir a CleanNet USA, Inc., sus reclamos contra CleanNet of New England, su dueño principal Paul Oliveira y otros. Por lo tanto, el formulario de solicitud adjunto incluye la transferencia de los reclamos que debe firmar para poder recibir sus pagos en virtud de este acuerdo. Además, los pagos que recibirá bajo este acuerdo estarán sujetos a impuestos. Debe por lo tanto también completar el formulario de impuestos W-4 adjunto, y recibirá formularios de impuestos 1099 para sus pagos de liquidación. Por otra parte, se debe adjuntar al formulario de reclamo una copia de su acuerdo de franquicia con CleanNet of New England o certificar que lo ha buscado y no lo encuentra.

Este aviso sólo resume la demanda, el acuerdo, y cuestiones relacionadas. Este anuncio ha sido aprobado por el tribunal federal. Para obtener más información sobre el acuerdo, o si tiene alguna pregunta sobre el caso o el acuerdo, puede ponerse en contacto con los abogados de los Demandantes en la dirección y teléfono arriba.

Atentamente,

Shannon Liss-Riordan

# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

100 CAMBRIDGE STREET, 20TH FLOOR
BOSTON, MASSACHUSETTS 02114

HAROLD L. LICHTEN†
SHANNON LISS-RIORDAN◊
BRANT A. CASAVANT
SARA SMOLIK

†ALSO ADMITTED IN MAINE
◊ALSO ADMITTED IN NEW YORK

TELEPHONE 617-994-5800
FACSIMILE 617-994-5801

WWW.LLRLAW.COM

TIMOTHY M. DAVIS[Δ]
ELIZABETH TULLY
BENJAMIN WEBER[□]
ADAM WILSON[±]

[Δ] ONLY ADMITTED IN NEW YORK AND TENNESSEE
[□] ALSO ADMITTED IN TENNESSEE
[±] NOT YET ADMITTED

**AVISO DE PROPOSTA DE CLASSE DE AÇÃO DE LIQUIDAÇÃO**
Sola et al v. CleanNet USA, Inc., U.S. Dist. Ct. (D.Mass.) C.A. No. 12-10580

15 de outubro de 2013

Caro franqueado ou exfranqueaado de CleanNet:

Este aviso é para informá-lo de um acordó proposto para a demanda da ação de classe, no caso de Sola et al v. CleanNet USA, Inc., U.S. Dist. Ct. (D.Mass.) C.A. No. 12-10580, pendente no tribunal federal de Massachusetts. O acordo proposto afeta a todas as pessoas que compraram franquias de CleanNet New England (também conhecido como LP&D, Inc.), em Massachusetts, entre julho de 2005 e dezembro de 2012. O acordo está condicionado, entre outras coisas, à aprovação do tribunal.

Este caso e um caso de arbitragem relacionado, DaSilva et al, v. CleanNet USA, Inc. et al, AAA Case No. 11 1114 001777 08, foram trazidos por franqueados de CleanNet New England que relataram ter sido erroneamente classificados como contratantes independentes, pela Mass. Gen. L. c . 149 § 148B e, portanto, foram forçados a pagar taxas de franquia e outras taxas que os empregado não podem ser obrigados a pagar. Franqueados nestes casos também informaram que foram sujeitos a práticas desleais e enganosas, em violação de Mass. Gen. L. c. 93A y reclamações de lei comum relacionadas.

Após quase cinco anos de litígio e arbitragem, bem como litígio de casos relacionados por os advogados dos demandantes que resultaram em uma série de julgamentos contra essas alegações (incluindo decisões do Supremo Tribunal de Massachusetts, no caso de Awuah et al v. Coverall North America, Inc., 460 Mass. 484 (2011), e Depianti et al. v. Jan-Pro Franchising International, Inc., 465 Mass. 607 (2013)), as partes chegaram a um acordo para resolver este caso por um total de 7.5 milhões de dólares. Um terço da resolução total será usado para pagar as taxas e despesas incorridas pelos advogados dos Demandantes para trazer e processar essas alegações. Além disso, os quatro Demandantes principais que iniciaram a arbitragem e julgamento vão receber $25.000 cada um. O resto do fundo de liquidação será distribuído para as pessoas que compraram franquias de CleanNet em Massachusetts que estavam em vigor entre Julho de 2005 e Dezembro de 2012. Os fundos de liquidação será distribuído na proporção das taxas pagas pelos franqueados durante este período de tempo, que os Demandantes contestaram e que decisões judiciais recentes têm indicado pode ser recuperado por essas afirmações. As taxas consistem em taxas de franquia pagas em dinheiro ou dinheiro em espécie, incluindo por meio de cheque, pagamentos a empréstimos contraídos para pagar as taxas de franquia, e pagamentos de seguros. O cálculo das taxas pagas pelos franqueados durante este período de tempo é baseado nas melhores estimativas disponíveis dos registros que estão disponíveis a partir de CleanNet USA, Inc. e CleanNet of New England. A liquidação será pago aos membros da classe em três parcelas - em dezembro de 2013, dezembro de 2014 e dezembro de 2015.

Para participar e receber pagamentos de liquidação, você deve preencher o formulário anexo e enviá-lo para os advogados dos demandantes no seguinte endereço, por correio, fax ou e-mail:

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
Elizabeth Lopez, Paralegal

Tel: (617) 994-5800
Fax: (617) 994-5801
www.llrlaw.com

elopez@llrlaw.com

Se você devolver o formulário antes do 15 de novembro de 2013, você vai receber seu primeiro pagamento de acordo como o acordo em dezembro de 2013, assumindo aprovação judicial do acordo e satisfação de outras condições de fechamento . Se você se muda antes de dezembro de 2015, entre em contato conosco com seu endereço atual para que você possa receber seus pagamentos restantes.

Haverá uma audiência no 26 de novembro de 2013, às 11:00 am, num tribunal federal em Boston, localizado na One Courthouse Way, Boston, MA 02210, Sala 22. Nesta audiência, o juiz do tribunal federal distrital que preside neste caso, o Honorável Joseph L. Touro, vai decidir se aprova ou não o acordo. Você é livre para comparecer à audiência de aprovação final, mas não é obrigado a comparecer. De acordo com a lei federal, se o acordo for aprovado pelo tribunal, você estará obrigado ao acordo e não sera autorizado a abrir processos separados para reivindicações que foram perseguidos nesta demanda, a menos que você optar por sair deste acordo. Para sair do acordo, deve escrever uma declaração aos advogados dos Demandantes, no endereço acima e declarar que decidiu optar por sair do acordo. Inclua seu nome e endereço no retorno.

Você também tem a liberdade de se opor ao acordo. Se você opor-se ào acordo proposto, você deve enviar uma notificação por escrito aos advogados dos Demandantes no endereço acima e explicar por que você se oponha à liquidação. Inclua seu nome e endereço no retorno. Se você apresentar uma objeção à liquidação, o juiz que preside no caso pode não considerar a objeção a menos que você participe da audiência de aprovação final em pessoa, ou dê uma razão porque você não pode participar.

No ano passado, CleanNet of New England declarou bancarrota. Como parte deste acordo, os Demandantes neste caso concordaram em transferir para CleanNet USA, Inc., suas reclamações contra CleanNet of New England, o seu proprietário principal, Paul Oliveira, e outros. Portanto, o formulário em anexo inclui a transferência de reivindicações a ser assinada, a fim de receber os pagamentos comforme este acordo. Além disso, os pagamentos relativos a esse contrato vão ser sujeitos a impostos. Por isso, também devem preencher o formulário de imposto W-4 em anexo, e recebera formulários fiscais 1099 para os pagamentos de liquidação. Ademais, deve ser anexado ao formulário uma cópia de seu contrato de franquia com CleanNet of New England ou certificar que tem procurado e não foi encontrado.

Esta informação só resume a ação judicial, o acordo, e assuntos relacionados. Este anúncio foi aprovado pelo tribunal federal. Para mais informações sobre o acordo, ou se você tiver quaisquer perguntas sobre o caso ou o acordo pode entrar em contato com os advogados dos Demandantes no endereço e telefone acima.

Sinceramente,

*[signature]*
Shannon Liss-Riordan

## CLAIM FORM

*Sola et al v. CleanNet USA, Inc.*, U.S. Dist. Ct. (D.Mass.) C.A. No. 12-10580

**In order to participate in the settlement that is described in the enclosed notice, you must complete and submit this claim form by mail, e-mail, or facsimile to:**

Para poder participar en la solución que se describe en la notificación adjunta, debe completar y presentar este formulario por correo, correo electrónico o fax a: / *Para participar da solução descrita no anúncio anexo, deve preencher e enviar este formulário por correio, e-mail ou fax para:*

> Shannon Liss-Riordan, Esq.
> Lichten & Liss-Riordan, P.C.
> 100 Cambridge Street, 20th Floor
> Boston, MA 02114
> Fax: (617) 994-5801
> elopez@llrlaw.com (Elizabeth Lopez, Paralegal)
> www.llrlaw.com

In order to assure that you receive your first payment this year (assuming timely court approval of the settlement and satisfaction of other closing conditions), **completed claim forms must be received no later than NOVEMBER 15, 2013.**

Con el fin de asegurar que usted reciba su primer pago de este año(suponiendo la aprobación judicial del acuerdo y la satisfacción de otras condiciones de cierre), **formularios completados deben ser recibidos no más tarde del 15 de noviembre de 2013.** / *A fim de garantir que você receba o seu primeiro pagamento deste ano (supondo a aprovação do acordo do tribunal e a satisfação de outras condições de fechamento), os formulários preenchidos devem ser recebidos antes 15 de Novembro de 2013.*

**Personal Information / información personal / informações pessoais** (please print clearly/por favor escriba claramente/*por favor, imprima claramente*):

**Name** (nombre / *nome*): _____

**Home Address** (Dirección de la casa / *Endereço Residencial*): _____

**Home or Mobile Phone** (Número de teléfono o celular / *Casa ou Telemóvel*): _____

**E-mail** (optional / opcional / *opcional*): _____

**Estimated date you bought a CleanNet franchise** (Fecha estimada que usted compró una franquicia CleanNet / *Data estimada que você comprou um franquia de CleanNet*):

**Estimated dates you performed work as a CleanNet franchisee** (Fechas estimadas que realizo trabajos como franquiciado de CleanNet / *Datas estimadas eu faço trabalho como franqueado de CleanNet*):

**Attached is a copy of my franchise agreement with CleanNet of New England, also known as LP&D, Inc. If a copy is not attached, it is because I have diligently searched for it, have been unable to find it and believe that is has been lost or destroyed.**

Se adjunta una copia de mi contrato de franquicia con CleanNet New England, también conocido como LP + D , Inc. Si no se adjunta una copia, es porque he buscado diligentemente pero no he sido capaz de encontrarlo y creo que se ha perdido o destruido / *Em anexo está uma cópia do meu contrato de franquia com CleanNet New England, também conhecido como LP&D, Inc. A não ter uma cópia, é porque eu tenho buscado com afinco, mas não consegui encontrá-lo e eu acho que foi perdido ou destruído.*

**TO QUALIFY FOR A SHARE OF THE SETTLEMENT, YOU MUST (1) COMPLETE AND RETURN THE ENCLOSED TAX FORMS, AND (2) SIGN ON THE BACK OF THIS FORM AND AGREE TO THE FOLLOWING CONDITIONS:**

<u>PARA CALIFICAR PARA UNA PORCIÓN DEL ACUERDO, USTED DEBE (1) COMPLETAR Y DEVOLVER EL PAQUETE FISCAL, CERRADO, Y (2) FIRMAR EN LA LÍNEA EN LA PARTE POSTERIOR DE ESTA HOJA Y ACEPTAR LAS SIGUIENTES CONDICIONES:</u> / *PARA SE QUALIFICAR PARA UMA PARCELA DO ACORDO, VOCÊ DEVERÁ (1) PREENCHER E DEVOLVER O PACOTE FISCAL, FECHADO, E (2) ASSINAR A LINHA NO VERSO DESTE FORMULÁRIO E CONCORDAR COM AS SEGUINTES CONDIÇÕES:*

**I attest, under penalty of perjury, that the information above is true and correct to the best of my memory.**
Certifico, bajo pena de perjurio, que la información anterior es verdadera y correcta a lo mejor de mi memoria / *Declaro, sobre pena de perjúrio, que as informações seguintes são verdadeiras e corretas para o melhor de minha memória.*

In consideration of my entitlement to my share of the settlement funds, I hereby sell and assign to CleanNet USA, Inc., a Virginia corporation (the "Buyer"), all claims (the "Claims") that I, or any entity in which I have an interest, may have against any of CleanNet USA, Inc., LP&D, Inc., Paul Oliveira, Lisa Oliveira, EcoSource, LLC, or any present or future shareholders, members, partners, officers, directors, affiliates, agents, representatives, and employees of any of CleanNet USA, Inc., LP&D, Inc. and EcoSource LLC, in each case relating to the activities of LP&D, Inc. or CleanNet USA, Inc. and, in the case of EcoSource, LLC, relating to its purchase of assets from LP&D, Inc. The Claims include those made in Sola et al v. CleanNet USA, Inc., U.S. Dist. Ct. (D.Mass.) C.A. No. 12-10580, as well as a related arbitration case, DaSilva et al. v. CleanNet USA, Inc. et al, AAA Case No. 11 1114 001777 08, alleging misclassification of franchisees as independent contractors under Mass. Gen. L. c. 149 § 148B, and requirements for franchisees to pay franchise fees and other costs that employees cannot to be required to pay. The Claims also include claims of the franchisees for unfair and deceptive practices in violation of Mass. Gen. L. c. 93A and related common law claims and, in the case of Claims against EcoSource, LLC, fraudulent transfer and successor liability claims. I authorize Lichten & Liss-Riordan, P.C. to obtain and receive, whether from CleanNet USA, Inc. or LP&D, Inc., any information that is necessary to determine the Claims or my share of the settlement funds.

En consideración de mi derecho a mi parte de los fondos de liquidación, por lo presente vendo y asigno a CleanNet USA, Inc., una corporación de Virginia (el "Comprador"), todas las reclamaciones (las " Reclamaciones" ) que yo, o cualquier entidad en la que tengo un interés, puede tener en contra de cualquiera de CleanNet USA, Inc., LP&D, Inc., Paul Oliveira, Lisa Oliveira, Ecosource, LLC, o los accionistas presentes o futuros, miembros, socios, oficiales, directores, filiales, agentes, representantes y empleados de cualquiera de CleanNet USA, Inc., LP&D, Inc. y Ecosource, LLC , en cada caso en relación con las actividades de LP&D, Inc. o CleanNet USA, Inc., y en el caso de Ecosource, LLC, en relación con la compra de los bienes de LP&D, Inc. Los reclamos incluyen los realizados en Sola et al v. CleanNet USA, Inc., U.S. Dist. Ct. (D.Mass.) C.A. No. 12-10580, así como un caso de arbitraje relacionado, DaSilva et al. v. CleanNet USA, Inc. et al, AAA Case No. 11 1114 001777 08, relacionado a la clasificación errónea de los franquiciados como contratistas independientes bajo Mass. Gen. L. c. 149 § 148B, y requisitos que franquiciados paguen cuotas por derechos de franquicia y otros gastos que empleados no pueden ser obligados a pagar. Los reclamos también incluyen reclamos de los franquiciados por prácticas injustas y engañosas en violación de Mass. Gen. L. c. 93A y reclamaciones de derecho común y en el caso de las reclamaciones contra Ecosource, LLC, transferencia fraudulenta y reclamaciones de responsabilidad de sucesores. Autorizo a Lichten y Liss-Riordan, P.C. para obtener y recibir, ya sea de CleanNet USA, Inc. O de LP&D, Inc., cualquier información que sea necesaria para determinar las reclamaciones o mi parte de los fondos de liquidación.

*Em consideração ao meu direito a minha parte dos fundos do acordo, por este meio vendo e atribuio a CleanNet USA, Inc., uma corporação de Virginia (o " Comprador"), todas as reivindicações (as "reivindicações") que eu, ou qualquer entidade em qual eu tenho um interesse, pode ter contra qualquer CleanNet USA, Inc., LP&D, Inc., Paulo Oliveira, Lisa Oliveira, Ecosource, LLC, ou os acionistas presentes ou futuros, sócios, parceiros, funcionários, afiliados, diretores, agentes, representantes e funcionários de qualquer de CleanNet USA, Inc., LP&D, Inc. e Ecosource, LLC, em cada caso, em conexão com as atividades da LP&D, Inc. ou CleanNet USA, Inc., e para Ecosource, LLC, em conexão com a compra dos ativos da LP&D, Inc. As reivindicações incluem aquelas feitas em Sola et al v. CleanNet USA, Inc., U.S. Dist. Ct. (D.Mass.) C.A. No. 12-10580, e um caso de arbitragem relacionado, DaSilva et al. v. CleanNet USA, Inc. et al, AAA Case No. 11 1114 001777 08, referente à classificação errônea dos franqueados como contratantes independentes, concorde com a Mass. Gen. L. c . 149 § 148B, e os requisitos de pagar taxas de franquia e outras taxas que os empregados não podem ser obrigados a pagar. As reivindicações também incluem reclamações de franqueados por práticas desleais e enganosas, em violação da Mass. Gen. L. c. 93a e da lei comum no caso de reclamações contra Ecosource, LLC, transferência fraudulenta e reclamações de responsabilidade do sucessor . Eu autorizo a Lichten & Liss-Riordan, P. C. a obter e receber de CleanNet USA, Inc. ou de LP&D, Inc., todas as informações necessárias para determinar as reivindicações ou a minha parte dos fundos de liquidação.*

I represent and warrant to Buyer that (a) I or the entity own all of the Claims free and clear of any lien or security interest, (b) I or the entity have not previously sold the Claims, and (c) I have the right to sell the Claims for my own account or on behalf of the entity and to receive my or the entity's share of the settlement funds. I will at the request of Buyer provide such information to Buyer as Buyer may reasonably request to enforce any Claim. The information may include affidavits or other statements from me or my appearance at a deposition or hearing to provide testimony as well as copies of my books, records and other evidences. I understand that Buyer will reimburse me for my reasonable out of pocket costs and expenses in providing the information but will not otherwise be obligated to reimburse or compensate me for providing the information.

Yo represento y garantizo al Comprador que (a) yo o la entidad es dueña de todos los reclamos libre y claro de todo gravamen o derecho de garantía, (b) yo o la entidad no ha vendido las reivindicaciones previamente, y (c) que tengo el derecho de vender las reclamaciones por mi propia cuenta o en representación de la entidad y de recibir mi parte o la parte de la entidad de los fondos de liquidación. A petición del comprador voy a dar esa información al Comprador que el Comprador podrá solicitar razonablemente para hacer cumplir cualquier reclamación. La información puede incluir declaraciones juradas u otras declaraciones de mí o mi aparición en una deposición o la audiencia para prestar testimonio, así como copias de mis libros, registros y otras evidencias. Entiendo que el Comprador me reembolsará por costos y gastos de bolsillo razonables de en el suministro de la información pero por lo contrario no estará obligado a reembolsar o compensarme por proporcionar la información.

*Eu declaro e garanto ao Comprador que: (a) Eu ou a entidade possui todas as reivindicações livres de quaisquer ônus ou interesse de segurança, (b) diz que eu ou a entidade não tenha vendido as reivindicações anteriormente, e (c) eu tenho o direito de vender as reivindicações para a minha própria conta ou em nome da entidade e receber a minha parte ou a parte da entidade dos fundos de liquidação. A pedido do Comprador vou dar a informação para o Comprador que o Comprador possa razoavelmente exigir para fazer valer qualquer reclamação. As informações podem incluir depoimentos ou outras declarações sobre mim ou minha aparência em um depoimento ou ouvir a depor e cópias de meus livros, registros e outros meios de prova. Eu entendo que o comprador vai me reembolsar os custos de bolso e despesas razoáveis na prestação de informações, mas caso contrário, não é obrigado a reembolsar ou compensar pelo fornecimento das informações*

**Signature** (Firma / *Assinatura*)                                           **Date** (Fecha / *Data*):

A/75751565.3

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. August 2013) | **Identification Number and Certification** | requester. Do not |
| Department of the Treasury | | send to the IRS. |
| Internal Revenue Service | | |

**Name** (as shown on your income tax return)

**Business name/disregarded entity name, if different from above**

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

**Exemptions** (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

**Address** (number, street, and apt. or suite no.)

**City, state, and ZIP code**

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Social security number**
☐☐☐ – ☐☐ – ☐☐☐☐

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Employer identification number**
☐☐ – ☐☐☐☐☐☐☐

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**  Signature of U.S. person ▶                    Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
• An estate (other than a foreign estate), or
• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 8-2013)

Case 1:12-cv-10580-JLT   Document 30-1   Filed 11/25/13   Page 8 of 8